IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ALEJANDRO ARIAS-PEREZ,

        Defendant.

ORDER FOR RESTITUTION

17-cr-40-wmc

---

On April 3, 2018, defendant was sentenced to a 108-month term of imprisonment in case number 17-cr-40. At the time of the sentencing hearing, restitution was unable to be determined. Subsequent information has been received which makes that restitution determination possible.

As to count one of the indictment, IT IS ORDERED that the defendant pay restitution in the amount of $1,665,271.41 to the Clerk of Court for the Western District of Wisconsin to be disbursed as follows:

| Payee | Amount |
|---|---|
| American Express | $758,026.15 |
| Discover Bank/ Discover Financial | $363,394.57 |
| Wells Fargo Bank | $79,614.84 |
| Chase Bank USA, N.A. | $140,058.77 |
| Capital One Bank (USA), N.A. | $58,983.73 |
| Citi | $35,777.46 |
| Bank of America, N.A. | $48,368.66 |
| Fifth Third Bank | $30,881.51 |
| Boeing Employees Credit Union | $60,012.51 |
| TCF National Bank | $505.85 |
| Scheel's | $25,243.67 |
| PNC Bank | $3,484.75 |

| | | |
|---|---|---|
| Keybank | | $6,088.26 |
| Sportsman's Warehouse | | $11,043.06 |
| Bank of Utah | | $1,539.53 |
| Cabela's | | $36,312.17 |
| Citizens | | $3,636.92 |
| Riley's Sports Shop | | $2,299.00 |
| | Total Loss | $1,665,271.41 |

Defendant does not have the economic resources to allow him to make full payment of restitution in the foreseeable future under any reasonable schedule of payments. Pursuant to 18 U.S.C. § 3664(f)(3)(B), he is to begin making nominal payments of a minimum of $100 each month, beginning within 60 days of defendant's release from custody.

Defendant shall notify the court and the Attorney General of any material change in defendant's economic circumstances that might affect defendant's ability to pay restitution.

No interest is to accrue on the unpaid portion of the restitution.

In all other respects, the judgment remains as entered on April 3, 2018.

Entered this 31st day of May, 2018.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge